# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

June 14, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-11714          Thomas & Patricia Tolbert

To Whom It May Concern:

Enclosed please find check #**922741** in the amount of **$8.29**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        11

Account#         079637810

Creditor         Fashion Bug
                 First Express
                 POB 856021
                 Louisville, KY 40285

**FILED**
**JUN 17 2011**
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli